# United States Court of Appeals
## For the First Circuit

No. 19-1620

CRISTIAN JOSUE DIAZ ORTIZ,

Petitioner,

v.

WILLIAM P. BARR,
UNITED STATES ATTORNEY GENERAL,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on May 15, 2020, is amended as follows:

On page 4, line 13, replace "pad lock" with "padlock".

On page 7, line 3, replace "pad lock" with "padlock".

On page 14, line 20, replace "pad lock" with "padlock".

On page 15, line 5, replace "pad lock" with "padlock".